James N. Kramer (State Bar No. 154709)
*jkramer@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

Kevin M. Askew (State Bar No. 238866)
*kaskew@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, California 90071
Telephone:  (213) 629-2020
Facsimile:   (213) 612-2499

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MOHAMED A. ZAHABI, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FISKER INC., et al.,<br><br>        Defendants. | Case No. 2:23-cv-9976-FLA (KSx)<br><br>**SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha |

**TO THE CLERK OF COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 19, 2024 (the "Petition Date"), Defendant Fisker Inc. (the "Debtor") filed a voluntary petition pursuant to Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, as amended (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the voluntary Chapter 11 petition is attached hereto as **Exhibit A**. The Debtor's case is pending before the Honorable Thomas M. Horan as Case No. 24-11390.

PLEASE BE FURTHER ADVISED that as a result of the bankruptcy filing, the above-captioned case is stayed, as to the Debtor, under section 362(a) of the Bankruptcy Code. The automatic stay prohibits and stays the continuation of litigation against the Debtor that was commenced before the Petition Date. *See* 11 U.S.C. § 362(a).

Dated: June 21, 2024          Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


*/s/ Kevin M. Askew*
KEVIN M. ASKEW
Attorneys for Defendants

- 1 -

SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY