Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Mohamed A. Zahabi, and Lead Plaintiff Movant John A. Douglas, Trustee of the Lauren L. Douglas Trust*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED A. ZAHABI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FISKER INC., HENRIK FISKER, GEETA GUPTA-FISKER, and JOHN FINNUCAN, <br><br> Defendants. | Case No. 2:23-cv-09976-FLA-KS <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FISKER INC. ONLY** <br><br> Judge: Hon. Fernando L. Aenlle-Rocha |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mohamed A. Zahabi ("Plaintiff") hereby voluntarily dismisses his claims against Defendant Fisker Inc., without prejudice.

For the avoidance of doubt, Plaintiff is not dismissing his claims against any other defendants.

Dated:   June 24, 2024

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:   */s/ Charles H. Linehan*

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  clinehan@glancylaw.com

*Counsel for Plaintiff Mohamed A. Zahabi, and Lead Plaintiff Movant John A. Douglas, Trustee of the Lauren L. Douglas Trust*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FISKER INC.

1

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 24, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 24, 2024, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan