JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

KEVIN M. ASKEW (SBN 238866)
kaskew@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, California 90071
Telephone:  (213) 629-2020
Facsimile:   (213) 612-2499

WILLIAM J. FOLEY (*Admitted Pro Hac Vice*)
wfoley@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street,
New York, New York 10019
Telephone:  (212) 506-5000
Facsimile:   (212) 506-5151

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JOHN A. DOUGLAS, Individually, as Trustee of the Lauren L. Douglas Trust, and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> HENRIK FISKER, et al. <br><br> Defendants. | Case No. 2:23-cv-09976-FLA (KSx) <br><br> **DEFENDANTS' NOTICE OF ERRATA REGARDING NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT** <br><br> Date:  March 14, 2025 <br> Time:  1:30 p.m. <br> Judge: Hon. Fernando L. Aenlle-Rocha <br> Ctrm:  6B <br><br> Date Action Filed:  December 21, 2023 |

Defendants Henrik Fisker and Geeta Gupta-Fisker respectfully submit this Notice of Errata regarding Defendants' Notice of Motion and Motion to Dismiss Amended Complaint (ECF 64). The parties satisfied the Local Rule 7-3 conference of counsel requirement, but Defendants inadvertently omitted the certification from the Notice of Motion. An Amended Notice of Motion will be filed concurrently with this Notice of Errata. Defendants' Memorandum of Points and Authorities and other supporting documents filed with the original Notice of Motion on December 6, 2024 are unchanged.

Dated:  January 3, 2025                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                           */s/ Kevin M. Askew*
                                           KEVIN M. ASKEW
                                           Attorneys for Defendants

DEFENDANTS' NOTICE OF ERRATA