JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:    (415) 773-5759

KEVIN M. ASKEW (SBN 238866)
kaskew@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, California 90071
Telephone:  (213) 629-2020
Facsimile:    (213) 612-2499

WILLIAM J. FOLEY (*Admitted Pro Hac Vice*)
wfoley@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street,
New York, New York 10019
Telephone:  (212) 506-5000
Facsimile:    (212) 506-5151

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JOHN A. DOUGLAS, Individually, as Trustee of the Lauren L. Douglas Trust, and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br>     v.<br><br>HENRIK FISKER, et al.<br><br>          Defendants. | Case No. 2:23-cv-09976-FLA (KSx)<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:  March 14, 2025<br>Time:  1:30 p.m.<br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Ctrm:  6B<br><br>Date Action Filed:  December 21, 2023 |

DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT

**<u>TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:</u>**

**PLEASE TAKE NOTICE** that on March 14, 2025 at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 6B of this Court, located at 350 W. 1st Street, Los Angeles, California 90012, before the Honorable Fernando L. Aenlle-Rocha, Defendants Henrik Fisker and Geeta Gupta-Fisker (together, "Defendants") will move the Court pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6), Rule 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, for an order dismissing Lead Plaintiff John A. Douglas' ("Plaintiff") Amended Class Action Complaint for Violations of the Federal Securities Laws ("AC"). As explained in the concurrently-filed Memorandum of Points and Authorities, the AC should be dismissed because it fails to state a claim under Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Securities and Exchange Commission Rule 10b-5, 17 C.F.R. § 240.10b-5, and also fails to state a claim under Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a).

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on November 20, 2024.

Defendants' motion is based on this Notice of Motion and Motion to Dismiss; the contemporaneously filed Memorandum of Points and Authorities, Request for Judicial Notice, and the exhibits attached thereto; the pleadings and papers on file in this action; any evidence or argument presented at the hearing on the motion; and any other matters the Court deems proper.

Dated: January 3, 2025                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                          */s/ Kevin M. Askew*
                                          KEVIN M. ASKEW
                                          Attorneys for Defendants

- 1 -

DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT