**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN A. DOUGLAS, Individually, as Trustee of the Lauren L. Douglas Trust, and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FISKER INC., HENRIK FISKER, GEETA GUPTA-FISKER, and JOHN FINNUCAN, <br><br> Defendants. | Case No. 2:23-cv-09976-FLA-KS <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT [DKT. 64, 66]** |

On December 6, 2024, Defendants filed a Motion to Dismiss (Dkt. 64) Plaintiff's Amended Class Action Complaint (Dkt. 59), which was amended on January 3, 2025 (Dkt. 66).  On January 21, 2025, Plaintiff opposed Defendants' Motion.

The Court, having considered Defendants' Motion, Plaintiff's Opposition to Defendants' Motion, any reply submitted in support of the Motion, any arguments presented for or against the Motion, and the files and records in this action, hereby **DENIES** Defendants' Motion because Plaintiff has sufficiently stated claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

The Court hereby finds that under Section 10(b) Exchange Act, Plaintiff has adequately alleged: (1) a material misrepresentation or omission (*i.e.*, "falsity"); (2) scienter; (3) the purchase or sale of a security; (4) reliance; (5) economic loss; and (6) loss causation. *Matrixx Initiatives, Inc. v. Siracusano*, 563 U.S. 27, 37-38 (2011). In particular, Plaintiff has adequately alleged falsity, scienter, and loss causation: the three elements that Defendants challenge.

The Court further finds that because Plaintiff has sufficiently alleged a primary violation under Section 10(b) of the Exchange Act, Plaintiff's claim for control liability under Section 20(a) under the Exchange Act are sustained.

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is **DENIED** in its entirety. Defendants shall file and serve their answer to the Amended Class Action Complaint (Dkt. 59) within 30 days after date of this Order.

IT IS SO ORDERED.


Dated: _____ __, 2025                    _____

                                            FERNANDO L. AENLLE-ROCHA
                                            United States District Judge

2